ALBERICI CORPORATION, as Plan Administrator for Alberici Companies Retirement Plan; Plaintiff—Appellee,

Gary Davis, Intervenor Plaintiff— Appellee,

v.

Helen E. DAVIS, Defendant— Appellant.

No. 06–3436.

United States Court of Appeals, Eighth Circuit.

Submitted: June 11, 2007.

Filed: June 20, 2007.

Daniel J. Schwartz, William Christopher Dunning, Greensfelder & Hemker, St. Louis, MO, for Plaintiff–Appellee.

Richard S. Bender, David G. Bender, Rosenblum & Goldenhersh, Clayton, MO, for Intervenor Plaintiff–Appellee.

Susan Kreher Roach, The Roach Law Firm, Clayton, MO, for Defendant–Appellant.

Before BYE, RILEY, and BENTON Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Helen Davis appeals the district court's [1] award of attorney's fees in favor of Gary Davis. Because an extended discussion would add nothing to the well-reasoned

---

1. The Honorable Carol E. Jackson, Chief Judge, United States District Court for the Eastern District of Missouri.

order of the district court, we affirm under 8th Cir. R. 47B.